United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     ANDREW PATRICK OBRIEN,                    Case No. 22-cv-07152-PCP

                    Plaintiff,
8
                                                **ORDER DISMISSING CASE**
9           v.
                                                Re: Dkt. No. 23
10    TEAM SAN JOSE,

11                  Defendant.

12

13          On November 15, 2022, pro se plaintiff Andrew OBrien filed this lawsuit against Team

14    San Jose, alleging violations under Title VII and California's Fair Employment and Housing Act

15    for imposition of a workplace vaccine mandate. OBrien asserts that his sincerely held religious

16    belief in "human rights" was violated by the vaccine mandate. After the Court found that both

17    OBrien's initial complaint and first amended complaint failed to state a claim, OBrien filed his

18    second amended complaint on April 5, 2023. ECF No. 19.

19          On September 26, 2023, Magistrate Judge Cousins issued a Report and Recommendation

20    in which he requested reassignment of the case to a district court judge and recommended

21    dismissal of OBrien's case, without leave to amend, for failure to state a claim. ECF No. 23. No

22    objection to the Report and Recommendation was filed within the applicable 14-day deadline.

23    Pursuant to Judge Cousins's request, the case was reassigned to District Court Judge P. Casey Pitts

24    on September 26, 2023. The Court now adopts Judge Cousins's Report and Recommendation and

25    dismisses the case without leave to amend and with prejudice.

26          **IT IS SO ORDERED.**

27    Dated: October 23, 2023

28

1

2
P. Casey Pitts
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California