1

2

3

4    UNITED STATES DISTRICT COURT

5    NORTHERN DISTRICT OF CALIFORNIA

6

7    ANDREW PATRICK OBRIEN,                    Case No.  22-cv-07152-PCP

    Plaintiff.
8
                                              **JUDGMENT IN A CIVIL CASE**
9        v.
                                              Re: Dkt. No. 26
10    TEAM SAN JOSE,

11        Defendant.

12

13    **( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have

14    been tried and the jury has rendered its verdict.

15    **(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues

16    have been tried or heard and a decision has been rendered.

17    **IT IS SO ORDERED AND ADJUDGED**

18

19    Dated: December 20, 2023

20                                            Mark B. Busby, Clerk of Court

21

22                                            *Nicole Coleman*

                                              Nicole Coleman
23                                            Deputy Clerk

24

25

26

27

28

United States District Court
Northern District of California